**No. 11-6062. Patrick W. Carey, Petitioner v. Tom Roy, Commissioner, Minnesota Department of Corrections, et al.**

565 U.S. 1186, 132 S. Ct. 1164, 181 L. Ed. 2d 1033, 2012 U.S. LEXIS 1057.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 983, 132 S. Ct. 508, 181 L. Ed. 2d 358, 2011 U.S. LEXIS 7864.

**No. 11-6170. Gary William Hallford, Petitioner v. J. Mendez, et al.**

565 U.S. 1186, 132 S. Ct. 1164, 181 L. Ed. 2d 1033, 2012 U.S. LEXIS 1009.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 986, 132 S. Ct. 516, 181 L. Ed. 2d 363, 2011 U.S. LEXIS 7798.

**No. 11-6478. Inara Cedrins, Petitioner v. Executive Committee of the United States District Court for the Northern District of Illinois.**

565 U.S. 1186, 132 S. Ct. 1164, 181 L. Ed. 2d 1033, 2012 U.S. LEXIS 955.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1041, 132 S. Ct. 605, 181 L. Ed. 2d 433, 2011 U.S. LEXIS 8253.

**No. 11-6531. Inara Cedrins, Petitioner v. United States Citizenship and Immigration Services.**

565 U.S. 1186, 132 S. Ct. 1164, 181 L. Ed. 2d 1033, 2012 U.S. LEXIS 1043.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1041, 132 S. Ct. 590, 181 L. Ed. 2d 433, 2011 U.S. LEXIS 8115.

**No. 11-6678. Alberto Concepcion, Petitioner v. Federal Bureau of Investigation, et al.**

565 U.S. 1186, 132 S. Ct. 1164, 181 L. Ed. 2d 1033, 2012 U.S. LEXIS 964.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1067, 132 S. Ct. 778, 181 L. Ed. 2d 499, 2011 U.S. LEXIS 8541.

**No. 11-6788. In re Judith A. Decker-Wegener, Petitioner.**

565 U.S. 1186, 132 S. Ct. 1164, 181 L. Ed. 2d 1033, 2012 U.S. LEXIS 970.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1092, 132 S. Ct. 849, 181 L. Ed. 2d 564, 2011 U.S. LEXIS 8992.